

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2015

No. 04-14-00791-CV

Michael Thomas **PAUL**,
Appellant

v.

**GREG ABBOT ATTORNEY GENERAL FOR THE STATE OF TEXAS**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2001-CI-16843
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file a motion for en banc reconsideration is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court